FORM notvhrg
REVISED 09/07/2022

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                       Case No.: 4:22−bk−00886−BMW

JBL Restaurant Investments, Inc        Chapter: 7
dba Chuy's Tucson
dba Chuy's Mesquite Broiler
dba Chuy's Baja Broiler
3222 NORTH RIVER BEND PLACE
TUCSON, AZ 85750
SSAN:
EIN: 20−0800468

Debtor(s)

## NOTICE OF VIDEOCONFERENCE HEARING

A videoconference hearing in the above−captioned case will be held on **1/5/23** at **10:00 AM.** The **Honorable Brenda Moody Whinery** will consider and/or act upon the following matter(s) at the hearing:

CHAPTER 7 TRUSTEE'S 1) APPLICATION TO EMPLY AUCTIONEER AND 2) MOTION TO APPROVE AUCTION PROCEDURES.

Interested parties may appear via **https://www.zoomgov.com**. The **hearing ID is 161 684 6920** and the **passcode is 180973**. Alternatively, interested parties may use the following hearing link:
https://www.zoomgov.com/j/1616846920?pwd=WWFzSm85SWo2UGpaVkVHRktXT1Z3Zz09.

The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, are located on the Court's website at: http://azb.uscourts.gov/sites/default/files/videoconferenceguidelines.pdf.

Confirm an appearance by sending an email to Courtroom Deputy Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

Date: January 3, 2023

Address of the Bankruptcy Clerk's Office:        Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue                                       Khadijia V White−Thomas
Tucson, AZ 85701−1704
Telephone number: (520) 202−7500
www.azb.uscourts.gov