TRUDY A. NOWAK
**Chapter 7 Trustee**
8050 N 19th Ave, PMB #618
Phoenix, AZ 85021
Email.: tnowak@bklaws.com
Telephone: (480) 236-2629

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Case No. 4:22-bk-02577-BMW |
| JBL RESTAURANT INVESTMENTS, INC., | Chapter 7 |
| Debtor. | JOINTLY ADMINISTERED |
| JAMES BRIAN LATTA and DIANE E. LATTA, | **CHAPTER 7 TRUSTEE WITHDRAWAL IN THE JAMES BRIAN LATTA AND DIANE E. LATTA CASE** |
| Debtors. | |
| THIS FILING APPLIES TO: | |
| __ BOTH DEBTORS | |
| __ JBL RESTAURANT INVESTMENTS, INC., | |
| X JAMES BRIAN LATTA and DIANE E. LATTA | |

I, Trudy A. Nowak, was appointed as the Chapter 7 Trustee in both of the above-captioned jointly administered cases on December 15, 2022. I have recently determined that am an unable to continue to serve as Chapter 7 Trustee in the case of James Brian Latta and Diane E. Latta ("Lattas"). The Lattas are the principals and shareholders of JBL Restaurant Investments, Inc. ("JBL"). I believe there are, or could

be, potential conflicts of interest between JBL and the Lattas due to potential competing interests in any recovery in a likely malpractice cause of action and due to potential avoidance actions JBL may have against the Lattas.

I report that I have neither received any property nor paid any money on account of these bankruptcy estates. I wish to withdraw as Trustee from the Lattas' bankruptcy case and ask that a successor trustee be appointed in that case and that the joint administration of the cases be severed.

Dated: January 19, 2023

*Trudy A Nowak*
Trudy A. Nowak, Chapter 7 Trustee