```
ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

ELIZABETH C. AMOROSI (#10755)
Assistant United States Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2600
Facsimile: (602) 514-7270
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| JBL RESTAURANT INVESTMENTS, INC., ☐ | ) ) ) | No. 4:22-bk-02577-BMW (Jointly Administered with 4:22-bk-00886-BMW) |
| JAMES B. LATTA and DIANE E. LATTA, ☒ | ) ) ) | |
| Debtors. | ) ) ) | AMENDED NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE (Amended to correct address only) |
| This filing applies to: ☐ All Debtors ☒ Specified Debtor. JAMES B. LATTA and DIANE E. LATTA | ) ) ) ) ) ) ) ) | |

TRUDY NOWAK, having submitted a Notice of Withdrawal as Trustee in the above-referenced case,

Notice is hereby given that pursuant to 11 U.S.C. §703, DAVID M. REAVES, P.O. Box 44320, Phoenix, Arizona 85064, is appointed successor trustee in the

above-referenced estate and shall serve under the Trustee's Blanket bond on file with the United States Trustee's Office.

RESPECTFULLY SUBMITTED this 20th day of January, 2023.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ ECA (#010755)
ELIZABETH AMOROSI
Assistant United States Trustee