# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | JBL RESTAURANT INVESTMENTS, INC |
| **Case Number:** | 4:22-BK-00886-BMW **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JANUARY 19, 2023 10:15 AM VIDEO CONF HRGS |
| **Bankruptcy Judge:** | BRENDA M. WHINERY |
| **Courtroom Clerk:** | REBECCA VOLZ |
| **Reporter / ECR:** | SHARON GIFFORD |

### Matter:

EXPEDITED HEARING RE: MOTION TO VACATE CONVERSION ORDER AT DKT. 108 PURSUANT TO FRBP 9024, FRCP RULE 60(b)(1) and 60(b)(6)

**R / M #:** 154 / 0

### Appearances:

JODY CORRALES, REPRESENTING THE DEBTORS AND APPEARING BY VIDEOCONFERENCE
JAMES LATTA, APPEARING BY VIDEOCONFERENCE
ADAM NACH, REPRESENTING THE CHAPTER 7 TRUSTEE AND APPEARING BY VIDEOCONERENCE
TRUDY NOWAK, CHAPTER 7 TRUSTEE, APPEARING BY VIDEOCONFERENCE
LYNTON KOTZIN, FORMER SUBCHAPTER V TRUSTEE, APPEARING BY VIDEOCONFERENCE
RENEE SHAMBLIN, REPRESENTING THE U.S. TRUSTEE AND APPEARING BY VIDEOCONFERENCE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...  4:22-BK-00886-BMW    THURSDAY, JANUARY 19, 2023 10:15 AM

## Proceedings:

Ms. Corrales reports that circumstances have changed since this motion was filed. The debtor, JBL Restaurant Investments, Inc. ("JBL"), had hoped to come to an agreement with the landlord to continue to operate in the space. It is now clear that the landlord and the debtor will not be able to come to an agreement. There is no prospect for reopening the restaurant at this time. She is withdrawing the motion to vacate the conversion order as to both debtors. The individual debtors are considering dismissal or conversion to a Chapter 13. JBL is considering dismissal as well.

Mr. Nach reports that the trustee does not oppose the withdrawal. The trustee has a potential conflict with the Latta estate. A new Chapter 7 panel trustee will be appointed for the Latta case.

Ms. Shamblin confirms that the U.S. Trustee's Office is currently working to appoint a new Chapter 7 trustee for the Latta case.

COURT: THE MOTION TO VACATE IS WITHDRAWN. A STATUS HEARING IS SET FOR FEBRUARY 14, 2023 AT 10:00 A.M. THE CASES FOR JBL RESTAURANT INVESTMENTS, INC AND THE LATTAS ARE JOINTLY ADMINISTERED. DEPENDING UPON HOW THIS CASE PROCEEDS, THE PARTIES MAY NEED TO CONSIDER DISSOLVING THE JOINT ADMINISTRATION.

The Court notes that Mr. Nye was still filing operating reports after he was no longer counsel of record.

Ms. Corrales states that she will discuss that with Mr. Nye.